UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------.

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,                             23 Civ 1243a (SVN)

v.

MICHAEL CARIDI,

        Defendant.

-------------------------------------------------.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the Defendant, Michael Caridi, acting pro se, will move before the Court at a time and place to be determined for an Order dismissing the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure, based upon the enclosed Memorandum of Law, dated January 4, 2024 and Affidavit of Michael Caridi, dated January 4, 2024.

Respectfully submitted,

_[signature]_ . 1/4/2024

Michael Caridi
32 Cutler Rd. Greenwich, CT 06831
1.917.295.1374
mcaridi1225@gmail.com
Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

--------------------------------------------------.

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,                       23 Civ 1243 (SVN)

v.

MICHAEL CARIDI,

       Defendant.

--------------------------------------------------.



## AFFIRMATION

MICHAEL CARIDI affirms the following under penalty of perjury:

1      I am the Defendant and make this Affirmation in support of my motion to dismiss the Complaint.

2      I have attached to this Affirmation as Exhibit 1 a draft of an email sent to me and Scott Reeves, General Counsel of TOKI, as well as member of the Board of Directors, dated, March 24, 2020, from Dr. Kevin Rod.

3       I have attached to this Affirmation as Exhibit 2 an email that I wrote to Marc-Nicolas Krobrynsky, the Assistant Deputy Minister for Quebec's Ministry of Health and Social Services on April 29, 2020.

4       I have attached to this Affirmation as Exhibit 3 an Affidavit filed by Scott Reeves sworn to on June 20, 2023 which attaches Press Releases issued by Tree of Knowledge International ("TOKI") on May 22, 2020 and June 1, 2020.

5       I have attached as Exhibit 4 a letter to me on behalf of CHU dated May 1, 2020 written by Francois Latrelle.

Michael Caridi

Dated: January 4, 2024

# Exhibit 1

## Scott Reeves

| | |
|---|---|
| From: | Dr. Kevin Rod <KRod@tpclinic.com> |
| Sent: | March 24, 2020 1:53 PM |
| To: | Michael Caridi (Michael@tokicorp.com); Ebby Farzandeh (Ebby@tokicorp.com) |
| Cc: | Scott Reeves; Daniel Caridi |
| Subject: | Medical Supplies PR |

Dear friends, I had the first crack at this PR, please edit and add as you find fit so we can send this out soon.
March 25 2020

Tree of Knowledge International Corp (TOKI) offers essential medical products to assist municipalities and governments in COVID-19 fight

TOKI has secured a sustainable large-scale supply for a number of different essential medical products needed for fight against the COVID-19.
As a part of corporate responsibilities during a pandemic world health crisis, TOKI has successfully focused efforts on preparing offerings for personal protective products, testing kits, thermometers and disinfecting products.
The global need for medical supplies involved in prevention, evaluation and diagnosis of COVID-19 condition has created monumental challenges for all municipalities and governments around the world. TOKI is currently providing offerings in this space to assisting resolving this gap.

While we continue to provide increasingly needed essential services to patients through our group of clinics, TOKI will be focusing in providing a sustainable spectrum of medical supplies needed to fight COVID-19 pandemic for as long as this crisis continues, says Michael Caridi CEO of TOKI.

For more information please visit www.tokicorp.com
About TOKI………………..

Dr. Kevin ROD MD CCFP FCFP
DAAPM DCAPM
Lecturer - DFCM - University of Toronto
Advanced Dipl. Interventional Pain Management-CAPM
Director - Toronto Poly Clinic
Multi-Disciplinary Pain Management Centres
www.TorontoPolyClinic.com
www.MyPain.ca
krod@tpclinic.com
P (416) 250-7171
F (416) 250-0323

1

# Exhibit 2

# Urgent Request for April 29 Morning

Wed, Apr 29, 2020 at 1:00 AM EDT (GMT-04:00)
**From: Daniel Caridi <daniel@evrcbd.com>** (sent via Daniel Caridi <daniel@evrcbd.com>)
To: pjulien@sigmasante.com <pjulien@sigmasante.com>; marc.nicolas.kobrynsky@msss.gouv.qc.ca <marc.nicolas.kobrynsky@msss.gouv.qc.ca>; francois.latreille@chudequebec.ca <francois.latreille@chudequebec.ca>; Elie Boustani <eboustani@sigmasante.com>
Cc: Michael Caridi <Michael@tokicorp.com>; fabiog@blustellagroup.com <fabiog@blustellagroup.com>

Gentlemen,

It was nice talking to you today. We would like that by 9:15am this morning that your bank withdraws any request for funds.

This has caused us irreparable harm and harm to healthcare workers in the United States and specifically the State of Maryland where healthcare workers have been without PPE for 4 days as a result of this. Additionally, this has caused harm to my company and some of our partners, suppliers, and clients because they cannot access any of their funds. One of these clients has billions in assets that is fully shut down. Once you release the funds we will immediately pay the balance of the overpayment in taxes.

Please furnish us with all the testing results, pictures, and samples of the tested products. We will review this testing data upon receipt after you send us the results. We will take the appropriate steps to rectify the situation if necessary.

We are looking forward to getting this resolved. Please do not delay on releasing the accounts.

Regards,

Michael Caridi


*Best,*
*Daniel Caridi*
*TOKI Corp.*
*www.tokicorp.ca | daniel@evrcbd.com | (509) 497-2171*

1508980613759_evr_logo_silver.png

# Exhibit 3

## AFFIDAVIT OF SCOTT REEVES

### Sworn on June 20, 2023

I, Scott Reeves, of Calgary, Alberta, SWEAR AND SAY THAT:

1. I was the Corporate Secretary and General Counsel of Optima Medical Innovations Corp. (formerly Tree of Knowledge International Ltd., hereinafter, the "**Corporation**") from May 2018 to June 2023 and as such I have personal knowledge of the matters hereinafter deposed to except where stated to be based on information and belief, in which case I believe the same to be true.

2. I swear this Affidavit with the knowledge that it will be submitted to the United States Securities and Exchange Commission ("**SEC**") in connection with an SEC investigation of Mr. Michael Caridi. I am fully aware that any misstatement made in this Affidavit will be considered an obstruction of justice by the SEC.

3. In 2021 and 2022, the Corporation was the subject of an investigation by the Ontario Securities Commission ("**OSC**"), which investigated the Corporation with respect to certain corporate governance related issues (the "**Investigation**"). Along with other officers and directors of the Corporation, I was personally involved in interaction with the OSC in respect to this Investigation.

4. The Investigation has not led to the filing of any charges against the Corporation by the OSC or any of its directors or officers. One of the issues raised in the Investigation involved the accuracy and timeliness of press releases filed by the company in 2020 and 2021, including a press release issued by the Corporation on May 22, 2020 (the "**May Release**"), provided as Exhibit "A" to this Affidavit, and a press release issued by the Corporation on June 1, 2020 (the "**June Release**"), provided as Exhibit "B" to this Affidavit.

5. I was personally involved in the preparation of the May Release and the June Release. The board was fully involved and approved of the language of these press releases.

6. By stating in the June Release that the Corporation was not able to file its financial statements by the regulatory due date for such statements, the board believed, and discussed, that this would, in conjunction with the Corporation's prior filed financial statements, alert the market to financial problems being experienced by the Corporation. I personally was involved in the drafting of this press release.

{00701523 v2}

| | |
|---|---|
| **SWORN BEFORE ME** by videoconference while the affiant was at the Town of Pepieux, France, and the Commissioner was at the City of Calgary, in the Province of Alberta, this 20th day of June, 2023, on the basis of evidence shown to me that enabled me to confirm the contents of the document being executed. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **SCOTT REEVES** |

_____
A Commissioner for Oaths in and for the Province of Alberta

Richard Steed
Barrister & Solicitor

{00701523 v2}2

This is **Exhibit A** referred to in the Affidavit of Scott Reeves, sworn remotely before me by a videoconference while the affiant was at the Town of Pepieux, France, and the Commissioner was at the City of Calgary, Alberta, this 20th day of June 2023.

_____
A Commissioner for Oaths in and for the
Province of Alberta

>Richard Steed
>Barrister & Solicitor

# Tree of Knowledge International Corp. Announces Completion of US Medical Equipment Order and Authorization of Normal Course Issuer Bid

Toronto, Ontario--(Newsfile Corp. - May 22, 2020) - Tree of Knowledge International Corp. (CSE: TOKI) (the "Company" or "TOKI") is pleased to announce the completion of an order of 23,000 thermometers to a healthcare distributor in Chicago, IL, facilitated by TOKI management. This order marks the Company's first medical equipment supply transaction into the United States.

Michael Caridi, the Company's chairman, states, "TOKI is proud to be on the forefront of this fight against COVID-19. We will continue to leverage our network to provide the US and Canada the critical PPE supply necessary during these trying times."

The Company's US division, Tree of Knowledge, Inc., has made a pivot during these uncertain times to leverage its medical contacts and international relationships to procure medical equipment and personal protective equipment (PPE) to governments, municipalities, and healthcare distributors in Canada and the US. Tree of Knowledge understands the difficulty in supplying medical equipment and is hopeful this successful US transaction offers the Company the ability and trust to supply many more municipalities, governments, and healthcare distributors in the US and Canada.

Notwithstanding the Company's recent PPE transactions, the US division continues to concurrently build the Company's ongoing CBD products business.

The Company is also pleased to announce its intention to commence a normal course issuer bid ("NCIB"), under which the Company may purchase up to 12,535,300 of the Company's common shares, representing approximately 5% of its issued and outstanding common shares. The Company is commencing the NCIB because it believes that, from time to time, the market price of its Shares may not fully reflect the underlying value of the Company's business and future prospects. TOKI believes that, at such times, the repurchase of its Shares for cancellation represents an appropriate use of the Company's financial resources and will enhance shareholder value.

The Company intends to appoint Leede Jones Gable Inc. as its broker to conduct the NCIB on its behalf. The NCIB is expected to commence on May 25, 2020 and terminate on May 25, 2021, or an earlier date in the event that the number of Shares sought in the NCIB has been repurchased or if the Company feels that it is appropriate. All Shares purchased under the NCIB will be purchased on the open market through the facilities of the Canadian Securities Exchange. All purchases made under the NCIB will be at the prevailing CSE market price for the Shares at the time of purchase. Shares acquired by the Company under the NCIB are being purchased for cancellation.

For further information please visit: www.tokicorp.com

Or contact: Tree of Knowledge International Corp. Public relations: Ashley Villarruel (647) 607-9044) ashley@tokicorp.com

### About Tree of Knowledge

TOKI is a public company that delivers pathways to innovative, science-based health and wellness solutions. The Company is a leader in pain management, spanning from seed to patient. Built upon an extensive network of scientific and medical research, TOK is an advanced leader in the development, processing, and distribution of focused products and treatments for pain relief. Tree of Knowledge spans the globe with its multidisciplinary pain clinics, research partners, consumer CBD products, and education and advocacy programs - all working in harmony to bring health and wellness to the world, while creating value for shareholders and partners.

Forward-Looking Statements

Except for statements of historical fact relating to the Company, certain information contained herein relating to the timing of the filing of financial statements constitutes forward-looking statements. Although we believe that the expectations reflected in the forward-looking information are reasonable, there can be no assurance that such expectations will prove to be correct. We cannot guarantee future results, performance, or achievements.

Consequently, there is no representation that the actual results achieved will be the same, in whole or in part, as those set out in the forward-looking information.

Forward-looking statements are based on the opinions and estimates of management at the date the statements are made, and are subject to a variety of risks and uncertainties and other factors that could cause actual events or results to differ materially from those projected in the forward-looking statements. The forward-looking information contained in this news release is expressly qualified by this cautionary statement. Except as required by applicable securities laws, the Company undertakes no obligation to update forward-looking statements if circumstances or management's estimates or opinions should change. The reader is cautioned not to place undue reliance on forward-looking statements.



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/56369

This is **Exhibit B** referred to in the Affidavit of Scott Reeves, sworn remotely before me by a videoconference while the affiant was at the City of Calgary, Alberta, and the Commissioner was at the City of Calgary, Alberta, this 20th day of June, 2023.

_____
A Commissioner for Oaths in and for the
Province of Alberta

      Richard Steed
      Barrister & Solicitor

# Tree of Knowledge International Corp Announces Completion of Canadian Medical Equipment Order and Provides Update on Filing of Annual Financials and MD&A

Toronto, Ontario--(Newsfile Corp. - June 1, 2020) - Tree of Knowledge International Corp. (CSE: TOKI) (the "Company" or "TOKI") is pleased to announce the completion of an order of 100,000 medical gowns to a hospital in Canada facilitated by TOKI management.

Michael Caridi, the Company's chairman, states, "TOKI is pleased to offer life saving personal protective equipment to hospitals and municipalities in need. We will continue to push forward and expedite the procurement of products in this ongoing fight against COVID-19. There are a lot of difficulties in procuring PPE and medical equipment that we have overcome and are confident in our ability to provide PPE and medical devices for the foreseeable future."

The Company's US division, Tree of Knowledge, Inc., has developed a strategic focus during these uncertain times to leverage its medical contacts and international relationships to procure medical equipment and personal protective equipment (PPE) to governments, municipalities, and healthcare distributors in Canada and the US. Tree of Knowledge understands the difficulty in supplying medical equipment and is hopeful this successful Canadian transaction offers the Company the ability and trust to supply many more municipalities, governments, and healthcare distributors in the US and Canada.

Notwithstanding the Company's recent PPE transactions, the US division continues to concurrently build the Company's ongoing clinical and CBD products business.

**Timing of Annual Filings**

In addition to the foregoing, the Company would like to provide an update on COVID-19 matters and the status of the filing of annual and interim financial statements, accompanying management discussion and analysis and related CEO and CFO certifications.

Due to the continued impact of COVID-19, the Company anticipates the filing of its audited annual financial statements and corresponding management's discussion and analysis (collectively, the "Annual Filings") for the financial year ended December 31, 2019 to be delayed beyond the required filing deadline: (i) under Parts 4 and 5 of National Instrument 51-102 - Continuous Disclosure Obligations and pursuant to National Instrument 52-109 - Certification of Disclosure in Issuer's Annual and Interim Filings, being April 29, 2020; as extended by (ii) the temporary blanket relief implemented by the Ontario Securities Commission Ontario Instrument 51-502 (the "Blanket Relief"), being June 15, 2020 (the "Filing Deadline").

The Company intends to continue to work diligently and expeditiously with its auditors and expects to file the Annual Filings as soon as possible, and in any event no later than July 10, 2020. The Company currently does not anticipate any delay in filing its interim financial statements, management's discussion and analysis, and the related officer certifications for the financial period ended March 31, 2020, before its filing deadline under NI 51-102, as extended by the Blanket Relief, on July 14, 2020. Other than as previously disclosed by the Company and herein with this press release, the Company confirms that there have been no material business developments since the date of its third-quarter interim financial statements that were filed on November 21, 2019, other than as a result of the impact of restatement disclosed above.

**Management Cease Trade Order**

In light of the delay in filing of the Annual Filings prior to the Filing Deadline, the Company is providing this default announcement in accordance with National Policy 12-203 Management Cease Trade Orders ("NP 12-203"). The Company has made an application to the Ontario Securities Commission (the "OSC"), as principal regulator of the Company, for a management cease trade order ("MCTO") under NP 12-203 in respect of the anticipated default regarding the Annual Filings. The granting of the MCTO is at the discretion of the Ontario Securities Commission. The issuance of the MCTO generally will not affect the ability of persons who have not been directors, officers or insiders of the Company to trade in their securities. In the event that the MCTO is granted, it will be in effect until the default is remedied. The Company intends to follow the provisions of the Alternative Information Guidelines set out in NP 12-203, including the issuance of bi-weekly default status reports in the form of news releases, for as long as the Company remains in default. The Company confirms as of the date of this news release that there is no insolvency proceeding against it and there is no other material information concerning the affairs of the Company that has not been generally disclosed.

For further information please visit: www.tokicorp.com

Or contact: Tree of Knowledge International Corp.
Ashley Villarruel, (647) 607-9044, ashley@tokicorp.com

**About Tree of Knowledge**

TOKI is a public company that delivers pathways to innovative, science-based health and wellness solutions. The Company is a

leader in pain management, spanning from seed to patient. Built upon an extensive network of scientific and medical research, TOK is an advanced leader in the development, processing, and distribution of focused products and treatments for pain relief. Tree of Knowledge spans the globe with its multidisciplinary pain clinics, research partners, consumer CBD products, and education and advocacy programs - all working in harmony to bring health and wellness to the world, while creating value for shareholders and partners.

Forward-Looking Statements

Except for statements of historical fact relating to the Company, certain information contained herein relating to the timing of the filing of financial statements constitutes forward-looking statements. Although we believe that the expectations reflected in the forward-looking information are reasonable, there can be no assurance that such expectations will prove to be correct. We cannot guarantee future results, performance, or achievements. Consequently, there is no representation that the actual results achieved will be the same, in whole or in part, as those set out in the forward-looking information.

Forward-looking statements are based on the opinions and estimates of management at the date the statements are made, and are subject to a variety of risks and uncertainties and other factors that could cause actual events or results to differ materially from those projected in the forward-looking statements. The forward-looking information contained in this news release is expressly qualified by this cautionary statement. Except as required by applicable securities laws, the Company undertakes no obligation to update forward-looking statements if circumstances or management's estimates or opinions should change. The reader is cautioned not to place undue reliance on forward-looking statements.



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/56944

# Exhibit 4

THAT IS PRIVILEGED, CONFIDENTIAL, PROPRIETARY, COPYRIGHTED AND OR LEGALLY PRIVILEGED. If the reader of this e-mail message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you received this e-mail in error, please immediately notify the sender and/or email privacy@tok.ca and delete the original and any copies thereof.

On May 1, 2020, at 8:07 PM, Francois Latreille wrote:

Good afternoon M.Caridi Find inclosed the elements of our discussion held yesterday. Could you confirmed his content so that we can proceded to an official agrement like we agree Regards Téléchargez Outlook pour iOS

**De :** elie boustani
**Envoyé :** Friday, May 1, 2020 7:59:11 PM
**À :** Francois Latreille
**Objet :** TREE OF KNOWLEDGE: Summary of our call

*Avertissement automatisé : Ce courriel provient de l'extérieur de votre organisation. Ne cliquez pas sur les liens et les pièces jointes si vous ne reconnaissez pas l'expéditeur.*

WITHOUT PREJUDICE

Mr. Caridi :

Thank you for our telephone conference of yesterday afternoon. We all seem to be working towards a mutually beneficial resolution of this matter.

As discussed, we have asked our attorney to prepare a more formal agreement based on what you have proposed to us, which we understand can we summarized as follows:

> 1) The sums presently owed to CHU de Québec (i.e. $13,193,503.00 USD) which represents the sums we had advanced to Tree of Knowledge in the context of a purchase order that was not fulfilled by your company (the "Amount Owed");
>
>> a) On March 26th, 2020, you indicated that you were in a position to provide the CHU de Québec with 3 000 000 FDA/CE/ISO/ NIOSH N95 certified masks and that same could be delivered to us by Saturday, March 28, 2020, by the end of the day at Trudeau airport. The price we agreed to pay was based on those representations. It was made clear then and there that, in view of the urgency of the situation we were facing as a result of the COVID-19 pandemic, we were only interested in those specific masks and only if you could provide them in that specific delay.
>>
>> b) On April 8, 2020, we received approximately 160,000 masks only, and those were not at all the ones we had ordered. The packaging of these masks indicates KN95 (Non-medical use) MiaoMiaoLove, with Chinese writing on it; (copy of a picture of same will be provided)
>>
>> c) Tests were done on these masks to see if we could find an alternative use for them but unfortunately the tests confirmed that they did not perform to the minimum standards

required for us to have any use for them; (copy of the tests done on the masks will be provided)

2) In order to resolve the matter, you have proposed the following:

a. Tomorrow (or immediately after your bank allows wire transfers), you will transfer to us the sum of $1,000,000 USD, as partial repayment on the Amount Owed; (our account information for the wire transfer will be provided)

b. You will provide us by messenger a sample of FDA/CE/ISO/ NIOSH N95 certified masks for our review and testing by no later than Thursday, May 7th, 2020 (Shipping address: 1521 Rue Antoine-Dalmas, Laval QC – H7Y 2A8), and if these masks are acceptable to us, you will be in a position to deliver 1 000 000 units of these masks to us within (No later than 10 calendar days after receiving our Purchase Order) for the same price as the one previously agreed upon (3,72$ USD per mask). If these masks meet our needs, we will apply their total value (calculated at the price previously agreed upon), as partial repayment on the Amount Owed;

c. You will hand deliver to us, tomorrow or Monday the latest, samples of N97 medical sterile masks, used for surgery or other medical procedures, for our review and testing. If these masks are acceptable to us, you will be in a position to deliver 100,000 (please confirm the quantity) of these masks to us within (include the delay) for the same price as the one previously agreed upon and we will apply their total their value (calculated at the price previously agreed upon), as partial repayment on the Amount Owed;

d. You will attempt to sell the masks delivered (i.e. KN95 (Non-medical use) MiaoMiaoLove, with Chinese writing on it) to another buyer or buyers, and all of the proceeds from this/these sales will be immediately remitted to us, as partial repayment on the Amount Owed;

e. You will make minimum payments of $1,000,000 USD and more if possible, every 10 calendar days starting May 4th, 2020 (i.e. approximately 3 million USD per month) as partial repayment on the Amount Owed, and this until the full Amount Owed as been repaid. If you expect to have any issues meeting these payments, you will advise us in advance so that we can discuss the situation. This said, at this time, in view of your current and expected on-going transactions, you have informed us that do not foresee this to be an issue.

3) Assuming item 2a) is respected and items 2b) and 2c) can lead to mutually agreeable deliveries, this will go a long way to secure our position and may in fact lead to future transactions between us as the need for medical equipment is great.

4) However, if items 2b) and 2c) cannot be concluded, this will leave us with only item 2e) as a form of repayment, which according to the installments discussed at 2e), could take up to 4 months for the Amount Owed to be fully repaid. In such case, we would need to obtain sufficient guaranties, surety or bond to protect the balance owed, as well as some form of interest.

Regards.

François Latreille

Directeur Ressources Financières CHU DE QUÉBEC

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------.

SECURITIES AND EXCHANGE

COMMISSION,

        Plaintiff,                    23 Civ 1243 (SVN)

v.

MICHAEL CARIDI,

        Defendant.

-----------------------------------------------.

## AFFIRMATION OF SERVICE

MICHAEL CARIDI hereby affirms the following under penalty of perjury:

1    I am the defendant in this case acting pro se.

2    I have served a copy of my motion to dismiss, which is being filed with the Clerk's Office, on the SEC by sending it by Federal Express to Christopher Colorado, Esq. at the SEC at 100 Pearl Street, Suite 20-100, New York, New York 10004-2616.

_____.

Michael Caridi

Dated: January 4, 2024