UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------.

SECURITIES AND EXCHANGE

COMMISSION,

          Plaintiff,          23 Civ 1243 (SVN)

v.

MICHAEL CARIDI,

          Defendant.

-------------------------------------------------

### Notice to Apply Existing Motion to Dismiss to Amended Complaint

Michael Caridi
Pro Se Defendant
32 Cutler Rd
Greenwich, CT 06831
917.295.1374
mcaridi1225@gmail.com

    Dear Clerk of the Court,

    This letter is submitted by Michael Caridi, the self-represented defendant in the above-referenced matter. The purpose of this letter is to formally notify the Court and all involved parties regarding the application of Michael Caridi's previously filed Motion to Dismiss to the Plaintiff's Amended Complaint.

1

Previously, Michael Caridi filed a Motion to Dismiss in response to the Plaintiff's initial complaint. Following this, the Plaintiff filed an Amended Complaint.

Michael Caridi respectfully requests that the Court consider applying the previously filed Motion to Dismiss to the Amended Complaint, thereby removing the need for filing a new motion. It is believed that the grounds for dismissal articulated in the original motion remain pertinent and applicable to the Amended Complaint.

Should the Court require any additional information or documentation in relation to this request, Michael Caridi is prepared to provide the necessary materials as per the Court's instruction. Guidance from the Court on the preferred course of action in this matter would be greatly appreciated.

Thank you for your consideration and attention to this request. Please feel free to contact Michael Caridi directly should there be any questions or a need for further clarification.

Sincerely,

*[signature]* 1/31/2024

Michael Caridi