UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br><br>MICHAEL CARIDI,<br><br>　　　　　　　　Defendant. | 3:23 Civ. 1243-SVN<br><br>ECF CASE |

**NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION FOR THE ISSUANCE OF LETTERS ROGATORY**

　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated March 14, 2024, and exhibits thereto, and the Declaration of Rhonda Jung, dated March 14, 2024, plaintiff Securities and Exchange Commission moves this Court, before the Honorable Sarala V. Nagala, United States District Judge, at the United States Courthouse, 450 Main Street, Hartford, Connecticut 06103, for the issuance of letters rogatory to obtain testimonial evidence in Alberta, Canada, and Québec, Canada, and to obtain testimony and documentary evidence in Ontario, Canada.  This motion is unopposed.

Dated:  March 14, 2024

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Christopher M. Colorado
　　　　　　　　　　　　　　　　　　　　　　Christopher M. Colorado
　　　　　　　　　　　　　　　　　　　　　　Rhonda Jung
　　　　　　　　　　　　　　　　　　　　　　SECURITIES AND EXCHANGE COMMISSION
　　　　　　　　　　　　　　　　　　　　　　100 Pearl Street, Suite 20-100
　　　　　　　　　　　　　　　　　　　　　　New York, NY  10004-2616
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 336-9143
　　　　　　　　　　　　　　　　　　　　　　ColoradoCh@sec.gov

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*