UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                   **Plaintiff,**<br><br>  -against-<br><br>MICHAEL CARIDI,<br><br>                   **Defendant.** | 3:23 Civ. 1243 (SVN) |

**JOINT MOTION REQUESTING SIXTY-DAY STAY
OF ALL DEADLINES BASED ON SETTLEMENT IN PRINCIPLE**

      Plaintiff Securities and Exchange Commission ("SEC") and defendant Michael Caridi, who is proceeding *pro se* ("Caridi," and together with the SEC, the "Parties"), respectfully notify the Court that they have reached a settlement in principle that, if authorized by the SEC's five-member Commission and approved by the Court, would resolve the SEC's claims against Caridi. The Parties respectfully request that the Court stay all deadlines for sixty days to allow the Parties to finalize the settlement documentation and to allow SEC counsel to present the settlement terms to the Commission, a process that typically takes six to eight weeks after SEC counsel receive signed settlement papers from a defendant.

      On Tuesday, October 15, 2024, the Parties agreed to terms comprising a settlement in principle that SEC counsel has agreed to recommend to the SEC's five Commissioners and that, if approved, will resolve all issues in this case. Next, the Parties intend to finalize the settlement documentation, and SEC counsel intends to take the administrative steps necessary to present the settlement terms to the Commission for its review. The process for presenting settlement terms to the Commission typically takes approximately six to eight weeks. If the Commission authorizes acceptance of the settlement terms, then SEC counsel will promptly file appropriate

settlement documents, a proposed final judgment accompanied by a signed consent from Caridi, for the Court's consideration.

The Parties agree that the stay of deadlines requested herein is in their best interest and respectfully submit that it will appropriately conserve the resources of the Court and the Parties. If a stay is not granted, the Parties anticipate expending significant time and resources to complete fact discovery by the current deadline of November 26, 2024, and to present to the Court any discovery disputes. Accordingly, the Parties respectfully request a sixty-day stay of all deadlines.[1]

Dated: October 15, 2024

By: /s/ Christopher M. Colorado
Christopher M. Colorado

SECURITIES AND EXCHANGE COMMISSION
100 Pearl Street, Suite 20-100
New York, NY 10004
Tel: (212) 336-9143
ColoradoCh@sec.gov

*Attorneys for Plaintiff*

Michael Caridi
32 Cutler Road
Greenwich, CT 06831
Tel: (917) 294-1374
mcaridi1225@gmail.com

*Pro Se Defendant*

---

[1] The SEC has not previously made any request for a modification of the current schedule or extension of time related to discovery; Caridi has previously made one such request, to which the SEC did not object (ECF Nos. 44, 47).