

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

December 17, 2024

**VIA ECF**
The Honorable Sarala V. Nagala
United States District Court
District of Connecticut
450 Main Street, Suite 108
Hartford, Connecticut  06103

    Re:    <u>*SEC v. Michael Caridi*, 3:23-cv-01243-SVN (D. Conn)</u>

Dear Judge Nagala:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully writes on behalf of both parties pursuant to the Court's Order dated October 16, 2024 (ECF No. 60), staying all deadlines pending SEC counsel's steps to obtain agency approval for the parties' settlement in principal and to provide the Court with a status update concerning settlement.

    Defendant Michael Caridi ("Caridi") has delivered to the SEC an executed and notarized Consent to Judgment containing the parties' settlement terms, which, if approved by the Court, would resolve all claims against him, and the SEC's five-member Commission has now authorized the settlement.  The parties respectfully propose that SEC counsel will submit the parties' Proposed Final Judgment for the Court's review and approval by no later than next week.  Caridi has requested the additional week to enable him to make financial preparations for the monetary terms in the Proposed Final Judgment.

                                                       Respectfully submitted,

                                                      /s/  Christopher M. Colorado
                                                      Christopher M. Colorado

                                                      *Attorney for Plaintiff*

cc:  Michael Caridi (via ECF)