UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     -against-<br><br>MICHAEL CARIDI,<br><br>            Defendant. | 23 Civ. 1243 (SVN) |

## UNOPPOSED MOTION FOR ENTRY OF CONSENT JUDGMENT

Pursuant to Federal Rules of Civil Procedure 7(b) and 54, and upon the exhibits hereto and the accompanying memorandum of law, Plaintiff Securities and Exchange Commission ("SEC") hereby moves for the approval and entry of a Consent Judgment. The SEC and defendant Michael Caridi ("Caridi") have reached a settlement of this case, the terms of which are set forth in the Consent signed by Caridi, attached as **Exhibit 1**, and the terms of that Consent are incorporated into the Proposed Final Judgment, attached as **Exhibit 2**. Entry of the Proposed Final Judgment will fully resolve the SEC's claims against Caridi. Caridi does not oppose this motion.

Dated:  December 27, 2024

/s/ Christopher M. Colorado
CHRISTOPHER M. COLORADO
U.S. Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York  10004
Telephone:  (212) 336-9143

*Attorneys for Plaintiff*
*Securities and Exchange Commission*