UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-------------------------------------------------.

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,                          23 Civ 1243 (SVN)

v.

MICHAEL CARIDI,

       Defendant.

-------------------------------------------------.

**AFFIDAVIT OF MICHAEL CARIDI**

**I, Michael Caridi, being duly sworn, depose and say:**

1. **I am the Defendant in the above-captioned matter and submit this affidavit in support of my Motion to Vacate Settlement Agreement Due to Bad Faith, Promissory Estoppel, and Violation of Fair Dealing Principles.**
2. **I make this affidavit based on my personal knowledge, and to the best of my knowledge, information, and belief, the statements set forth in my motion and supporting documents are true and correct.**
3. **The facts presented in my motion accurately reflect the circumstances surrounding my interactions with the Securities and Exchange Commission ("SEC"), including the explicit verbal and written assurances provided to me by SEC agent Christopher Colorado that no press release would be issued regarding the settlement.**

4. **I reasonably relied on these assurances when agreeing to the settlement terms, as documented in an email and voicemail communication referenced in Exhibit A to my motion.**
5. **The SEC's subsequent issuance of a press release on January 2, 2025 (See Exhibit B of motion), in direct contradiction of these assurances, has caused me significant and irreparable harm, including reputational damage, financial loss, and loss of professional opportunities.**
6. **Additionally, the SEC's actions—including its decision to subpoena my sons, Daniel and Nicolas Caridi, and their banking records—placed undue pressure on me to settle under duress, fearing severe consequences for my family and my son's business.**
7. **I further state that my financial circumstances, including the loss of banking relationships and prior litigation in Canada, rendered it impossible for me to secure legal representation, making pro se representation a necessity rather than a choice.**
8. **I respectfully submit this affidavit in support of my motion and affirm that, to the best of my knowledge and belief, all facts stated herein are true and accurate.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2025

---

**Michael Caridi 32 Cutler Rd. Greenwich, CT 06831 mcaridi1225@gmail.com 917.295.1374**