# **Exhibit 4**

| | |
|---|---|
| **From:** | Michael Caridi |
| **To:** | Colorado, Christopher |
| **Subject:** | Re: SEC v. Caridi, 23-cv-1243 (D. Conn.) - Subject to FRE 408 |
| **Date:** | Tuesday, October 15, 2024 1:24:13 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good to go !!
Michael Caridi
32 Cutler Road
Greenwich, CT 06831
(917)295-1374
Mcaridi1225@gmail.com
Deo Optimo Maximus

On Oct 15, 2024, at 1:14 PM, Colorado, Christopher wrote:

Michael: Following our discussion of this morning, SEC staff agrees to recommend to the Commission and the Court a settlement that includes an upfront penalty payment of $80,000 followed by 4 payments of $25,000. Together with disgorgement, the schedule will look like this (with timing based on when the Court enters a Final Judgment):
Within 30 days of Final Judgment: $80,000 penalty
Within 90 days of Final Judgment: $25,000 penalty
Within 180 days of Final Judgment: $25,000 penalty
Within 270 days of Final Judgment: $25,000 penalty
Within 360 days of Final Judgment: $895,972 disgorgement* and $25,000 penalty
*Offset in an amount equal to payments to CHU.
If you have any questions, please let me know.
Thanks,
Chris

**From:** Michael Caridi
**Sent:** Monday, October 14, 2024 10:55 AM
**To:** Colorado, Christopher
**Subject:** Re: SEC v. Caridi, 23-cv-1243 (D. Conn.) - Subject to FRE 408

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I don't have 180 k in the bank , if it takes a few months to get signed I think I can put it together though
Michael Caridi
32 Cutler Road
Greenwich, CT 06831
(917)295-1374

[Mcaridi1225@gmail.com](Mcaridi1225@gmail.com)
Deo Optimo Maximus

> On Oct 14, 2024, at 10:52 AM, Colorado, Christopher <coloradoch@sec.gov> wrote:
>
> I will listen when I am back in the office this afternoon.
> In the meantime, can you please provide me with the rationale for needing to pay the $180,000 in quarterly payments? I will need to get authority for that point and may need some financial back-up to justify that type of request.
>
> **From:** Michael Caridi <mcaridi1225@gmail.com>
> **Sent:** Monday, October 14, 2024 10:46 AM
> **To:** Colorado, Christopher <coloradoch@SEC.GOV>
> **Subject:** Re: SEC v. Caridi, 23-cv-1243 (D. Conn.) - Subject to FRE 408
>
> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> I left you a voicemail, a few additional points, one on $180,000. I would need one year to pay it out in quarterly payments. Also just confirming no press releases on the settlement and SEC or I would not have any comment if press sis reach out to you.
> Michael Caridi
> 32 Cutler Road
> Greenwich, CT 06831
> (917)295-1374
> [Mcaridi1225@gmail.com](Mcaridi1225@gmail.com)
> Deo Optimo Maximus
>
>> On Oct 14, 2024, at 10:27 AM, Colorado, Christopher <coloradoch@sec.gov> wrote:
>>
>> Michael: I have not heard back from you confirming the settlement in principle.
>> I am attaching a few documents, including as we discussed:
>> <!--[if !supportLists]-->1. <!--[endif]-->First, is our Second Amended Complaint, showing in a redline the proposed amendments to Paragraphs 96 and 97. Unless I hear from you on the settlement in principle, we intend to file our motion requesting leave to file the amendment

tomorrow. Please let me know by tomorrow at noon if you consent to our motion.

2. Second, I am attaching a Notice of Deposition for your deposition.

3. Third, I am attaching an amended Notice of Deposition for the deposition of Scott Reeves, which has been rescheduled for October 23 as agreed.

Thank you,
Chris

**Christopher M. Colorado**
Senior Trial Counsel
New York Regional Office
**OFFICE** +1 212-336-9143
**MOBILE** +1 267-734-5374
ColoradoCh@sec.gov

**From:** Colorado, Christopher
**Sent:** Friday, October 11, 2024 6:26 PM
**To:** Michael Caridi <mcaridi1225@gmail.com>
**Subject:** SEC v. Caridi, 23-cv-1243 (D. Conn.) - Subject to FRE 408

Michael: Following our discussion earlier, the SEC staff is willing to recommend that the Commission accept the terms below. Please confirm that you agree, and we will prepare a letter to the Court to be filed first thing next week asking for a stay of all deadlines in order for SEC staff to seek approval of these terms from the five-member Commission, and we will also prepare the Consent for you to sign reflecting these terms. It generally takes us 6 to 8 weeks to make our recommendation to the Commission seeking their review and approval of settlement terms, after which we would submit the settlement to the Court for its final approval (so, a rough timeline for entry of the Final Judgment, assuming all approvals, would be early/mid-December).

The terms:

1. This matter would be resolved on a no admit/no deny basis;

2. A permanent injunction prohibiting you from violating the federal securities in the future;

3. A 7-year bar from serving as an officer and director of a publicly-traded company;

4. A penny stock bar;

5. Disgorgement of $895,972, due 360 days from the entry of Final

Judgment, and the amount of disgorgement will be offset in an amount equal to payments made to CHU; and

<!--[if !supportLists]-->6. <!--[endif]-->A civil money penalty of $180,000.

A few notes:

- We need to do a 360-day payment due date, rather than 365 days—I trust this will not be an issue, particularly given that that time period does not begin to run until the Final Judgment is entered, which will be several weeks from now;
- We will resolve in the next week how to deal with penny stock holdings you currently have, if any;
- As discussed, the disgorgement amount has been reduced from our Amended Complaint to offset an amount equal to deferred salary, advanced expenses, and repayments to TOKI;
- By statute (28 U.S.C. § 1961(a)), post-judgment interest begins to accrue when the Final Judgment is ordered even though the payment due date for disgorgement is later. The rate (again, set by statute) is the weekly average 1-year constant maturity (nominal) Treasury yield, as published by the Federal Reserve System each Monday for the preceding week, which looks like its currently around 4%.

If you have any questions, please let me know. Otherwise, please confirm that we should move forward with these terms.

Thanks,

Chris

**Christopher M. Colorado**

Senior Trial Counsel
New York Regional Office
**OFFICE** +1 212-336-9143
**MOBILE** +1 267-734-5374
ColoradoCh@sec.gov

<2024-10-14 - Notice of Deposition - Michael Caridi.pdf>

4