# **<u>Exhibit 6</u>**

| | |
|---|---|
| **From:** | Lawoffices@dfamorosa.com |
| **To:** | Colorado, Christopher |
| **Subject:** | Re: SEC v. Caridi - FRE 408 |
| **Date:** | Friday, November 22, 2024 4:10:07 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Chris:

Thank you for this. Have a good weekend

Dominic F. Amorosa, Esq.
244 Fifth Avenue, Suite A246
New York, New York 10001
212 406 7000
Dfamorosa.com

Member of the New Jersey, New York and Florida Bars

> On Nov 22, 2024, at 3:51 PM, Colorado, Christopher <coloradoch@sec.gov> wrote:
>
> Dom:  I am following up on the VM that I just left you regarding Michael Caridi.  I believe the last sentence of Paragraph 12 of the Consent addresses any concern regarding Mr. Caridi's ability to take contrary positions in the Ontario or other litigation.  But, if you would like to discuss further, please let me know.  We need to get Mr. Caridi's signed Consent by next Monday.  Thank you.
>
> Chris
>
> **Christopher M. Colorado**
> Senior Trial Counsel
> New York Regional Office
> **OFFICE**    +1 212-336-9143
> **MOBILE**   +1 267-734-5374
> ColoradoCh@sec.gov
>
> <image001.png>
>
> **From:** Colorado, Christopher
> **Sent:** Monday, November 18, 2024 7:05 PM
> **To:** Dom Amorosa <dfamorosa@aol.com>

**Subject:** SEC v. Caridi - FRE 408

Dom—I received your VM earlier today.   My apologies for the delay in getting back to you—can I give you a call tomorrow before 10a or after 1030a?  Please let me know.

In the meantime, I will point you to the last sentence of Paragraph 12 of the Consent, which concerns the no admit/no deny policy and I believe is the subject of your questions.  That sentence says, in part, "Nothing in this paragraph affects Defendant's . . . right to take legal or factual positions in litigation or other legal proceedings in which the Commission is not a party."

Thanks,
Chris

[Christopher M. Colorado](#)

Senior Trial Counsel
New York Regional Office
**OFFICE**     +1 212-336-9143
**MOBILE**    +1 267-734-5374
[ColoradoCh@sec.gov](mailto:ColoradoCh@sec.gov)

<image001.png>

Confidentiality Notice: This e-mail message, including any attachments, from the U.S. Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon the message. If you have received this message in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message. Confidentiality Notice: This e-mail message, including any attachments, from the U.S. Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon the message. If you have received this message in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.
<SEC v. Caridi - Consent [For Execution].pdf>