# **Exhibit 8**

| | |
|---|---|
| **From:** | Colorado, Christopher |
| **To:** | Michael Caridi |
| **Subject:** | RE: SEC v Caridi, 23-cv-1243 (D. Conn.) - Settlement Approval |
| **Date:** | Friday, December 13, 2024 10:25:00 AM |
| **Attachments:** | image001.png |

Sure, I am not sure what there is to discuss at this point. As you requested, I am giving you notice of the approval, as I understood you wanted to know when you were likely to need to have the payment ready. But, I am available to discuss—just let me know the time that works for you and I can give you a call.

Congratulations on your son's marriage. Enjoy the celebration.

**From:** Michael Caridi <mcaridi1225@gmail.com>
**Sent:** Friday, December 13, 2024 10:22 AM
**To:** Colorado, Christopher <coloradoch@SEC.GOV>
**Subject:** Re: SEC v Caridi, 23-cv-1243 (D. Conn.) - Settlement Approval

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Can we discuss Monday, my son is getting married over the weekend.

On Fri, Dec 13, 2024 at 10:13 AM Colorado, Christopher <coloradoch@sec.gov> wrote:

> Michael: The Commission has just approved the settlement terms. Our intention is to inform the Court of this development and then submit the terms to the Court next week for the Court's review and approval. Once approved (unclear how quickly the Court would take to review, particularly given the holidays), the initial payment would be due within 30 days of the Court's Order, per the terms of the settlement. If there is anything you'd like to discuss, just let me know. Thanks.
>
> Best regards,
> Chris
>
> **Christopher M. Colorado**
> Senior Trial Counsel
> New York Regional Office
> **OFFICE**   +1 212-336-9143
> **MOBILE**  +1 267-734-5374
> ColoradoCh@sec.gov
>
> 

> Confidentiality Notice: This e-mail message, including any attachments, from the U.S. Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon the message. If you have received this message in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.