# **Exhibit 16**

**OVERVIEW OF DEVELOPER MANAGEMENT TEAM**

Developer is Majic Project Group LLC led by Michael Caridi , Michael Caridi has approximately 30 years of Project experience dedicated to creating places of enduring aesthetic, economic, and social value. Developer has created new places and the renovation or improvement of existing areas of towns, villages, and cities. On its signature projects, Developer chooses sites it believes to be desirable for the intended use, developing viable vision for the site, designing a land plan it believes to be appropriate and buildable, securing necessary permits and approvals, then selecting, training and managing the team necessary for the successful execution and construction of the plan. The Developer team has a full range of skills and experience in real estate Project, including site selection, contract negotiation and brokerage, rezoning and permitting, financial planning and analysis, master planning and coding, architectural design and management, engineering, marketing and public relations, sales operations and administration, community governance, and commercial building programs and management. The Developer team is experienced in the methodology behind building traditional neighborhoods. The team believes that the creation of enduring places requires the building of parks, streets, and other elements of the public realm in a manner that enhances the value of the private realm of residential, commercial, and civic buildings. The private realm, in turn, should be designed and built to enhance the public realm and add character and meaning to the areas we all share. The team also has significant experience incorporating natural and urban amenities – whether a lake, a river, or an existing main street – into its neighborhoods in a thoughtful and environmentally sensitive way. To Developer, this philosophy of Project is critical to the long-term success of the places Developer seeks to build.

Biographies of the Developer Principal appears below.

**Michael Caridi**

Michael Caridi is Chairman of several companies including MAJIC Project Group, SRC Industries Inc. and Protection Plus Security Consultants, Inc. His business endeavors span various industries including residential construction and Project, concrete and asphalt operations, interior/exterior and ground-up commercial construction for Fortune 500 corporations. In addition, Michael is also engaged in a diverse mix of independent business ventures including residential and commercial property-ownership, management and banking, ship salvaging and dismantling, hotel ownership and Project, consulting and management, corporate janitorial services, magazine publishing, and alcohol/non-alcoholic import and export.

As head of MAJIC Project Group, he has been involved in several significant Project projects, as well as construction for many Fortune 500 clients and retailers.

Among his most notable achievements are: the lease acquisition, financing, gutting and full-scale rehab of the 600-room Holiday Inn Hotel on West 57th Street in Manhattan; the acquisition, financing and construction of a 204-unit, $70 million condominium and rental complex in Palisades Park, New Jersey; and the acquisition, renovation and sale of 96 co-op apartments in Long Beach, NY; securing prime Project site located at 125th street and Park Avenue which he named Harlem Park and put together architectural renderings and a Project team and secured all zoning approvals and secured qualification of the site as Brownfield site for Project of a modern large scale mixed use project of approximately 650,000 square foot project as well as secured qualification of the site as Brownfield site eligible for Brownfield tax credits. Mr. Caridi's ownership entity sold the site to a group led by Vornado Realty Trust in 2006.

He has also spearheaded several prominent multi-site construction projects for well-regarded retailers and corporations such as Barnes and Noble, Citigroup, Toys-R-Us, Circuit City, Weight Watchers, Pfizer Pharmaceuticals, and Verizon Corporate and Retail Divisions.

His philanthropic efforts have rivaled those of his business successes. He serves on the Board of Directors of the Coalition of Italian American Associations; the Republican Leadership Council; The Forum Club; The National Ethnic and Charitable Organization; and The ltalo American Foundation. In recent years he has served on the Board of Directors for the Buick Classic 5000 Committee, whose beneficiaries are sixteen local hospitals in Westchester County. Michael is a substantial contributor and supporter of the New York Methodist Hospital; the New York City Police Foundation; C.O.R.E (Congress of Racial Equality); Beth Israel Hospital; the Ireland Fund; and United Cerebral Palsy. In addition, he is a benefactor to the Brooklyn Hospital's Foundation Ball and recently received an Honorary Degree of Doctor of Humane Letters/Honoris Causa, from the New York College of Podiatric Medicine.

SEC-CaridiM-E-0032312

SEC-CaridiM-E-0032312

Michael was born in Brooklyn and raised in Catskill, NY. He currently resides in Greenwich, Connecticut. He is married and has four children. A graduate of St. John's University, Michael obtained a Bachelor of Science degree in Accounting and Business Administration.

More detailed descriptions of the real estate projects of Michael Caridi are set forth below:

*392 Davis Avenue*

Address:        392 Davis Avenue, Greenwich, CT

Description: Land purchase and financing of 12,500 square feet, for 3 luxury townhouses. 8.5mm approximate sell out, first unit sold for 2.995mm. Project start date December 2015, estimated completion date, March 2017. | Architect: Conrad Roncati. Here is a very recent article in the Greenwich Times about this project where Michael Caridi has captured a niche in the Greenwich market with luxury townhouses near the heart of downtown Greenwich.



*Harlem Park*

Address:        1800 Park Avenue, New York, NY

Description: Project Value $400 million. Mixed-use project in Harlem, NYC. Lease acquisition, obtaining air -rights, secured upzoning from 120,000 square feet to 600,000 square feet before the New York City Planning Board; secured qualification of the site as entitled to Brownfield Tax Credits with environmental oversight, and remediation through agreement with the New York State Department of Environmental Conservation; negotiated the sale of the project to a group led by Vornado Realty Trust. Architect Enrique Norten. Construction Firm: China Constructions America.

*East Palisades/Palisades Park*

Address:        Palisades Parkway, Fort Lee, NJ

SEC-CaridiM-E-0032313

SEC-CaridiM-E-0032312

Description: $70 million condominium and rental. Acquisition, financing and construction of a 204-unit in a wetlands area. Included environmental remediation. Sold project to Taragon Realty, then publicly trded real estate company. Architect: Conrad Roncati

*Holiday Inn 57th Street Manhattan*

Address:	440 W 57th St, New York, NY 10019

Description: Lease acquisition, financing, gutting, environmental remediation, asbestos removal and full-scale rehab of the 600-room hotel.

*Villas of Whitestone Muse*

Address:	160-71 Willets Point Blvd., Whitestone Queens, NY

Description: Acquired, received approvals developed and sold 14, two-family homes.

*55 Monroe Boulevard*

Address:	55 Monroe Blvd, Long Beach NY

Description: Lease acquisition, financing, gutting, and rehab of 6 story/ 92 unit, condominium building.

*237 Martine Avenue*

Address:	237 Martine Avenue, White Plains NY

Description: Old tire warehouse that was retro-fitted and leased as an outpatient center for New York State Mental Health Department

SEC-CaridiM-E-0032314

SEC-CaridiM-E-0032312