**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
---------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                           Plaintiff,

      -against-                          Index No. 3:23-cv-1243 (SVN)

MICHAEL CARIDI,

                           Defendant.
---------------------------------------------------------------X

## NOTICE OF APPEAL

Defendant Michael Caridi, proceeding pro se, respectfully appeals to the United States Court of Appeals for the Second Circuit from the Orders entered on August 19, 2025 (ECF No. 72) and July 25, 2025 (ECF No. 70), which denied Defendant's motion for reconsideration and motion to vacate the Consent Judgment (ECF No. 65) pursuant to Federal Rule of Civil Procedure 60(b) or, in the alternative, Rule 60(a).

This appeal also encompasses all prior interlocutory orders merged into the Final Judgment.

This notice is filed pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), as the United States is a party to the action. It is timely filed within 60 days of entry of the appealed order.

Dated: New York City , New York            Respectfully submitted,

October 17, 2025

                                        _____

                                        **Michael Caridi, Defendant Pro Se**
                                        32 Cutler Road. Greenwich, CT 06831
                                        Tel: (917) 295-1374
                                          Email: mcaridi@bedfordcapitalgroup.com